No. A–563. HUNTSVILLE BOARD OF EDUCATION ET AL. v. HEREFORD ET AL. Application for recall and stay of mandate of the United States Court of Appeals for the Fifth Circuit, presented to MR. JUSTICE POWELL, and by him referred to the Court, denied.

No. D–25. IN RE DISBARMENT OF LEACH. It is ordered that Arthur Dale Leach, of Silver Spring, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–26. IN RE DISBARMENT OF KETCHAM. It is ordered that Frank S. Ketcham, of Potomac, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.